```
 1  LAW OFFICE OF LARRY MINSKY
    Larry Minsky (SBN 096592)
 2  18000 Studebaker Road, Suite 310
    Cerritos, California 90703
 3  (562) 809-9273

 4  Attorney for Plaintiff
    JOSEFINA ECHAZABAL
 5

 6  LINDAHL, SCHNABEL, KARDASSAKIS & BECK LLP
    JON P. KARDASSAKIS (SBN 90602)
 7  DAVID C. MOORE (SBN 156114)
    660 S. Figueroa Street, Suite 1500
 8  Los Angeles, California 90017-3457
    (213) 488-3900
 9
    Attorney for Defendant
10  CHEVRON U.S.A. INC.
```

FILED
CLERK, U.S. DISTRICT COURT
NOV 1 2 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

X Scan
___ Send
X Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEFINA ECHAZABAL, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CHEVRON U.S.A. INC., a corporation; IRWIN INDUSTRIES, INC., a corporation; and DOES I through XXX, inclusive, <br><br> Defendants. | CASE NO. CV 97-3498 LGB (CWx) <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER THEREON <br><br> Trial Date: 2/1/05 |

DOCKETED ON CM
NOV 1 5 2004
002

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and

#150398v2                                 1

Stipulation of Dismissal With Prejudice and Order Thereon

hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party is to bear her/its respective costs and fees as provided in the Settlement and Release Agreement executed by the parties.

Dated: October 30, 2004

Larry Minsky
LAW OFFICE OF LARRY MINSKY
Attorneys for Plaintiff
JOSEFINA ECHAZABAL

Dated: November 9, 2004

Jon P. Kardassakis
David C. Moore
LINDAHL, SCHNABEL, KARDASSAKIS & BECK
Attorneys for Defendant
CHEVRON U.S.A. INC.

## ORDER

It is so ordered.

NOV 1 2 2004

Lourdes G. Baird
United States District Court Judge

#150398v2

2

Stipulation of Dismissal With Prejudice and Order Thereon

# PROOF OF SERVICE

**STATE OF CALIFORNIA,**

**COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 660 South Figueroa Street, Suite 1500, Los Angeles, California 90017-3429.

On **November 10, 2004**, I served the foregoing document described as ***STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER THEREON*** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

> Larry Minsky, Esq.
> LAW OFFICE OF LARRY MINSKY
> 18000 Studebaker Road, Suite 310
> Cerritos, California 90703-2681

> Attorneys for Plaintiff: JOSEFINA ECHAZABAL

[X] **(BY MAIL)** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

Executed on **November 10, 2004**, at Los Angeles, California.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

288746-037/#141064

1

PROOF OF SERVICE (ECHAZABAL)